AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

UNITED STATES OF AMERICA
V.
DENNIS BROWN,

Defendant.

## WARRANT FOR ARREST

Case Number: **M-08-679**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DENNIS BROWN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

knowingly and intentionally conspiring to import into the United States from a place outside thereof a controlled substance, which offense involved in excess of one kilogram of a substance containing cocaine, a Schedule II controlled substance,

in violation of Title __21__  United States Co

The Honorable Steven M. Gold
Name of Issuing Officer

United States Magistrate Judge - EDNY
Title of Issuing Officer

7/24/08 - Brooklyn, NY
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

225TH ST and 133rd Ave, Springfield Gardens NY

| DATE RECEIVED 7-24-08 | NAME AND TITLE OF ARRESTING OFFICER S/A DANNY LEE | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 7-24-08 | | |